IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Rose Gardner, | ) | C/A No.: 3:10-2181-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Foremost Insurance Co., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The current scheduling order for this case set a deadline of December 1, 2010 for

parties to file motions to amend their pleadings. (ECF No. 20). On December 1, 2010, the

plaintiff filed an amended complaint, not a motion to amend the complaint, adding Shean S.

McKenna as a defendant. (ECF No. 30). The deadline for the plaintiff to amend her

complaint as a matter of course under Rule 15 has passed. Fed. R. Civ. P. 15(a)(1).

Therefore, the plaintiff was required to file a motion with the Court requesting leave to file

an amended complaint. Because a motion was not filed, the amended complaint filed on

December 1, 2010 is a nullity. The plaintiff may file a motion with the Court to amend her

complaint and serve the motion on the defendant.

IT IS SO ORDERED.

*Joseph F. Anderson Jr.*

December 8, 2010                           Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge